THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Kenneth B.
 Scott, Jr., Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Greenville County
 John C. Few, Circuit Court Judge
 Alexander S. Macaulay, Circuit Court
 Judge
Opinion No.  2010-MO-018
Submitted May 13, 2010  Filed July 26,
 2010  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Tara 
 Shurling, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott and Assistant Attorney General Karen
 C. Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM: We
 granted a writ of certiorari to review the post-conviction relief courts order
 denying relief to Petitioner. After
 careful consideration of the record and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, KITTREDGE and HEARN, JJ.,
 concur. BEATTY, J., not participating.